IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN QUIRKE,** | : | **Civil No. 1:19-cv-01242** |
| **Plaintiff,** | : | |
| v. | : | |
| **JLG INDUSTRIES, INC.,** a corporation | : | **Judge Sylvia H. Rambo** |
| **Defendant.** | | |

## **ORDER**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the court **DENIES WITH PREJUDICE** the motion to dismiss based on *forum non conveniens* filed by defendant JLG Industries, Inc. (Doc. 16.)

>*/s/ Sylvia H. Rambo*
>SYLVIA H. RAMBO
>United States District Judge

Dated: December 19, 2019