IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN QUIRKE,** | : | Civil No. 1:19-cv-01242 |
| **Plaintiff,** | : | |
| v. | : | |
| **JLG INDUSTRIES, INC., a corporation** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## **ORDER**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED**:

(a) that this court's December 19, 2019 memorandum and order (Docs. 23, 24) denying Defendant JLG Industries, Inc.'s ("JLG") motion to dismiss based on *forum non conveniens* are **VACATED;**

(b) that because the memorandum and order that JLG seeks to certify for interlocutory appeal have been vacated, JLG's motion to certify (Doc. 27) is moot and therefore **DENIED;**

(c) that JLG's motion to dismiss based on *forum non conveniens* (Doc. 16) is **DENIED.**

                                        */s/ Sylvia H. Rambo*
                                        SYLVIA H. RAMBO
                                        United States District Judge

Dated: March 5, 2020