IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN QUIRKE,** | : | **Civil No. 1:19-CV-01242** |
| Plaintiff, | : | |
| v. | : | |
| **JLG INDUSTRIES, INC.,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this 17th day of May, 2021, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant JLG Industries Inc.'s motion for leave to file a third-party complaint (Doc. 43) is **DENIED** and Plaintiff Kevin Quirke's motion to strike the third-party complaint (Doc. 49) is **GRANTED.**

*/s/ Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge